Charles POINTER, Appellant,

v.

ST. LOUIS UNIVERSITY SCHOOL OF LAW, Appellee.

No. 02–1156.

United States Court of Appeals, Eighth Circuit.

Submitted Feb. 26, 2002.

Decided March 4, 2002.

Before LOKEN, BEAM, and RILEY, Circuit Judges.

PER CURIAM.

Charles Pointer appeals the district court's[1] pre-service dismissal of his action alleging false advertising and violations of the Freedom of Information Act and his civil rights. After de novo review, *see Moore v. Sims*, 200 F.3d 1170, 1171 (8th Cir.2000) (per curiam), we conclude that the action was properly dismissed for fail-

---

[1]. The Honorable Rodney W. Sippel, United States District Judge for the Eastern District of Missouri.

ure to state a claim. Accordingly, we affirm. *See* 8th Cir. 47A(a).